IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARLO MARQUEZ,

    Plaintiff,

vs.                                                                Civ. No. 01-445 WWD/LFG

THE CITY OF ALBUQUERQUE,
OFFICER ANDREW LEHOCKEY (both
in his official capacity as a police officer
and individually),

    Defendants.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court upon the Motion for Separate Trials filed by Defendants Andrew Lehockey and the City of Albuquerque on April 3, 2002 [docket no. 56]. During the pendency of this motion, the Honorable Lorenzo F. Garcia has entered what I consider to be a persuasive opinion in a companion case involving the same two Defendants. <u>Jimmy Castillo v. City of Albuquerque</u>, USDC Civ. No. 01-626 LFG/WWD. I will adopt the reasoning set out by Judge Garcia in its entirety and will grant the instant motion. The trial on non-supervisory claims will be held September 30, 2002.

    **IT IS SO ORDERED**.

                                                                           _____
                                                                       UNITED STATES MAGISTRATE JUDGE