IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARLO MARQUEZ,

    Plaintiff,

vs.                                                Civ. No. 01-445 WWD/LFG

THE CITY OF ALBUQUERQUE, OFFICER
ANDREW LEHOCKEY (both in his official
capacity as a police officer and individually),

    Defendants.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court upon the trial exhibits submitted by the parties and the objections to those exhibits. I have read the submissions of counsel and I have viewed the exhibits, and I find that the following exhibits should be admitted, to wit:

    Plaintiff's Exhibits 1, 2, 7, 9, and 10.

    Defendant's Exhibits B, E, F, G, and H.

Trial exhibits will be admitted in evidence in accordance with the foregoing.

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**